UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA D. BLAND,<br><br>           Plaintiff,<br><br>     v.<br><br>DOE,<br><br>           Defendant. | Case No. 1:19-cv-01499-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION, UNDER THE NECESSARY AND PROPER CLAUSE, UNDER THE RULE OF NECESSITY, IPSO JORE, INTER ALIA<br><br>(ECF No. 25) |

Joshua D. Bland ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 6, 2020, Plaintiff filed a motion for reconsideration. (ECF No. 25). Plaintiff's motion will be denied because there is nothing for the Court to reconsider. Plaintiff appears to ask the Court to reconsider the dismissal of his common law copyright claim, but the Court did not dismiss this claim.

Plaintiff filed the complaint commencing this action on October 18, 2019. (ECF No. 1). Plaintiff asserted Fourteenth Amendment claims based on a failure to return his hearing aids and a violation of his common law copyrights. The Court screened the complaint and found that Plaintiff failed to state any cognizable claims. (ECF No. 15). The Court allowed Plaintiff to choose to either stand on his complaint or file an amended complaint. (Id. at 7-8). Plaintiff

was warned "that an amended complaint supersedes the original complaint, *Lacey v. Maricopa County*, 693 F.3d. 896, 907 n.1 (9th Cir. 2012) (*en banc*), and must be complete in itself without reference to the prior or superseded pleading, Local Rule 220."  (Id. at 7).

On April 23, 2020, Plaintiff filed his First Amended Complaint.  (ECF No. 16). Plaintiff only included his claim based on a failure to return his hearing aids, and the case is now proceeding on this claim.  (ECF No. 19).  As it was Plaintiff who chose not to assert his common law copyright claim(s) in his First Amended Complaint there is nothing for the Court to reconsider.

Accordingly, IT IS ORDERED that Plaintiff's motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated:   **July 8, 2020**              /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE