UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA D. BLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>REUBEN A. SALAZAR, II,<br><br>    Defendant. | No. 1:19-cv-01499-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 30 & 35) |

    Joshua Bland ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 25, 2020, plaintiff filed a motion for injunctive relief.  (Doc. No. 30.)  On October 13, 2020, the assigned magistrate judge entered findings and recommendations, recommending "that Plaintiff's motion for injunctive relief be DENIED" because the requested relief has no relationship to the claim pled in the complaint.  (Doc. No. 35 at 3.)

    Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on October 13, 2020, (Doc. No. 35), are ADOPTED IN FULL; and
2. Plaintiff's motion for injunctive relief is DENIED.

IT IS SO ORDERED.

Dated:   **November 18, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE