# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA D. BLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>REUBEN A. SALAZAR, II,<br><br>    Defendant. | Case No. 1:19-cv-01499-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR RELIEF FROM COURT REPORTER PHYSICAL PRESENCE REQUIREMENT UNDER FED. RULE CIV. P. 28<br><br>(ECF No. 61) |

On December 9, 2021, Defendant filed an *ex parte* motion for relief from court reporter physical presence requirement under Federal Rule of Civil Procedure 28. (ECF No. 61).

The Court finds that Defendant has made the appropriate showing. Accordingly, IT IS HEREBY ORDERED that Defendant's motion is GRANTED. The court reporter is not required to be in the same physical location as Plaintiff during his deposition. This order applies *nunc pro tunc* to the extent Plaintiff's deposition took place before the issuance of this order.[1]

IT IS SO ORDERED.

    Dated:   **December 10, 2021**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] While the Court is granting Defendant's motion, the Court notes that Defendant filed the motion on December 9, 2021, and that the deposition is scheduled for December 10, 2021. This is not a sufficient time for the Court to timely address such a motion.

1