UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA D. BLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>REUBEN A. SALAZAR, II,<br><br>    Defendant. | Case No. 1:19-cv-01499-JLT-EPG (PC)<br><br>ORDER RE: NOTICE OF DISMISSAL<br><br>(ECF No. 69) |

On February 14, 2022, Plaintiff filed a document titled "Notice to Withdraw from Prosecution of Action Without Prejudice," which the Court construes as a notice of voluntary dismissal. (ECF No. 69).

As Defendant appeared (ECF No. 52), Plaintiff cannot dismiss this case via a notice. Instead, Defendant must stipulate to the dismissal. Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared."). Defendant did file a notice of non-opposition to Plaintiff's notice, but in the non-opposition Defendant states that he reserves the right to submit a Bill of Costs. (ECF No. 71). The parties have not filed a joint stipulation, and it is not clear if Plaintiff will stipulate to dismissal if Defendant is allowed to collect costs.

1

Accordingly, IT IS ORDRED that defense counsel has twenty-one days from the date of service of this order to meet and confer with Plaintiff regarding voluntary dismissal of this action, and if the parties reach an agreement, to submit a joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). If the parties cannot agree, Plaintiff may file a motion to voluntarily dismiss this action pursuant to Rule 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper…. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.").

IT IS SO ORDERED.

Dated: __February 15, 2022__            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE