UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA D. BLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>REUBEN A. SALAZAR, II,<br><br>    Defendant. | Case No. 1:19-cv-01499-JLT-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S REQUEST TO POSTPONE THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 75) |

    On March 30, 2022, Plaintiff filed a request to postpone the magistrate judge's findings and recommendations, recommending that Plaintiff's motion to voluntarily dismiss be granted and that this action be dismissed without prejudice. (ECF No. 75). Plaintiff makes this request because the parties are engaging in settlement communications. Plaintiff states that he will keep the Court informed as to what is happening, and if a settlement cannot be reached, then Plaintiff will agree with the findings and recommendations.

    The Court will grant Plaintiff's motion in part. The Court will not indefinitely postpone a ruling on the findings and recommendations, but will grant the parties thirty days from the date of service of this order to file their objections to the findings and recommendations.

\\\

\\\

1

Accordingly, IT IS ORDERED that the parties have thirty days from the date of service of this order to file their objections to the findings and recommendations issued on March 22, 2022 (ECF No. 74).

IT IS SO ORDERED.

Dated: **March 31, 2022**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE