UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA D. BLAND,<br><br>                    Plaintiff,<br><br>          v.<br><br>REUBEN A. SALAZAR II,<br><br>                    Defendant. | Case No.: 1:19-cv-1499 JLT EPG (PC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Docs. 69, 74) |

Joshua Bland is a state prisoner and asserts his civil rights arising under the Fourteenth Amendment were violated by Reuben A. Salazar II. (*See* Docs. 16, 32.) On February 14, 2022, Plaintiff filed a "Notice to Withdraw from Prosecution of Action without Prejudice," indicating he "no longer wish[ed] to prosecute this action." (Doc. 69 at 1.)

The magistrate judge construed the notice as a motion to voluntarily dismiss the action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. 74 at 1.) The magistrate judge observed that Plaintiff no longer wanted to prosecute the case "due to emotional distress and mental decay." (*Id.* at 2; *see also* Doc. 69 at 1.) In addition, the magistrate judge noted that "Defendant does not oppose Plaintiff's request to withdraw from prosecution of this action (without prejudice)." (*Id.*; *see also* Doc. 71.) Therefore, the magistrate judge recommended the action be dismissed without prejudice pursuant to Rule 41(a)(2). (*Id.* at 3.)

The parties were granted an opportunity to object to the Findings and Recommendations.

1

(Doc. 74 at 3; Doc. 76 at 1-2.)  The parties were also advised the "failure to file objections within the specified time may result in the waiver of rights on appeal." (Doc. 74 at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  No party filed objections, and the deadline has passed.  (*See* Doc. 76 at 2.)

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the magistrate judge's Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 22, 2022 (Doc. 74), are adopted in full.
2. This action is **DISMISSED** without prejudice.
3. Defendant's motion for summary judgment (Doc. 66) is terminated as **MOOT**.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 3, 2022**

UNITED STATES DISTRICT JUDGE